IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **BLOOMFIELD NURSING OPERATIONS LLC et al.**, | § § § |
| Plaintiffs, | § § § |
| v. | §   Civil Action No. 4:17-cv-00709-O |
| **AMERIGROUP CORPORATION et al.**, | § § § § |
| Defendants. | § § |

## JOINT MEDIATION REPORT
## AND MOTION FOR STAY OF PROCEEDINGS

Plaintiffs and Defendants (collectively, the "Parties") , through undersigned counsel and in compliance with section II, paragraph 5 of the Court's Scheduling Order dated October 12, 2017, provide this joint mediation report.

1. The Parties participated in a mediation in Fort Worth, Texas, on April 17, 2008. Attorney David Seidler served as the mediator due to the unexpected availability of Attorney Len Wade.

2. Attorney Gary J. Van Luchene participated for Plaintiffs, along with client representative C. Kent Harrington (in person), a Member and Manager of the parent LLC of Plaintiffs.

3. Attorney Jonathan Garlough participated for Defendants, along with client representatives Laura Hopkins, President and Chief Executive Officer, Amerigroup Community Care of New Mexico, 2009-11 (in person), Leigh Davidson, VP of Health Plan Operations, Amerigroup Community Care of New Mexico (in person), and Jeff Stredler, Anthem Senior Associate General Counsel (by telephone).

4. Both parties were represented by individuals with authority to settle the dispute.

5. The Parties report that the mediation was successful and the Parties have reached an agreement regarding the settlement of the case. However, because a number of Plaintiff parties are debtors in a pending bankruptcy action in the United States Bankruptcy Court for the Northern District of Texas, the settlement will require approval by that Court and will not be effective until the entry of a final order that is not subject to appeal.

6. The Parties will work diligently to prepare a formal agreement and mutual release documenting the terms of the settlement, and Plaintiffs will present the terms to the bankruptcy court for approval.

7. While this approval process is pending, the Parties jointly request that this action be stayed in its entirety.

Respectfully submitted,

KELEHER & MCLEOD, P.A.

By: */s/ Gary J. Van Luchene*
    Gary J. Van Luchene
    Pro Hac Vice Bar No. 8352NM
    Andrew L. Johnson
    Pro Hac Vice Bar No. 126357NM
    P.O. Box AA
    Albuquerque, New Mexico  87103
    Tel: (505) 346-4646
    Fax: (505) 346-1370
    gvl@keleher-law.com
    alj@keleher-law.com

and

FORSHEY & PROSTOK, LLP

    Jeff Prostok
    Texas Bar No. 16352500
    Matthias Kleinsasser

        Texas Bar No. 24071357
        777 Main Street, St. 1290
        Fort Worth, Texas 76102
        Tel: (817) 877-8855
        Fax: (817) 877-4151
        jprostok@forsheyprostok.com
        mkleinsasser@forsheyprostok.com

*Attorneys for Plaintiffs*

And

FOLEY GARDERE

BY: *Approved via email (4/25/18)*
Sara Ann Brown
Texas Bar No. 24075773
20201 McKinney Ave., Suite 1600
Dallas, Texas 75201
Tel: (214) 999-4887
Fax: (214) 999-3887
sabrown@foley.com

*Attorneys for Defendants*

4844-7716-6434, v. 1