IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **BLOOMFIELD NURSING OPERATIONS et al.,** | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 4:17-cv-00709-O |
| **AMERIGROUP CORPORATION et al.,** | | |
| **Defendants.** | | |

### ORDER

Before the Court is Parties' Joint Mediation Report and Motion for Stay of Proceedings (ECF No. 36), filed April 26, 2018. The parties participated in mediation on April 17, 2018 and reached an agreement regarding the settlement of the case. *Id.* at 2. The parties request a stay because several Plaintiffs are debtors in a pending bankruptcy action, and the settlement requires approval by the Bankruptcy Court. *Id.*

Having considered the motion to stay, the Court finds that is should be and is hereby **GRANTED.** This case is hereby **STAYED** pending final settlement approval. The Clerk shall close this case for administrative purposes.

**SO ORDERED** on this **27th day** of **April, 2018**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE